COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| IN RE | § | |
| | | No. 08-16-00082-CV |
| AUTOZONERS, LLC | § | |
| | | AN ORIGINAL PROCEEDIG |
| AND AUTOZONE, | § | |
| | | IN MANDAMUS |
| RELATORS. | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the Relators' motion to dismiss the petition for writ of mandamus and concludes the motion should be granted and the original proceeding should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the original proceeding. Costs of appeal are taxed against the party incurring same. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF SEPTEMBER, 2016.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.